Keeler's Vans, Incorporated, against Pasquale Papa and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the ground that the complaint fails to establish an apparent right to or interest in the property, and that the omission cannot upon this application be supplied by supplementary affidavits. This determination is without prejudice to a renewal upon a complaint which shows ownership of the mortgage in the plaintiff.

---

In re KENSICO RESERVOIR (Section 4). (Supreme Court, Appellate Division, Second Department. November 21, 1913.) In the matter of the Kensico Reservoir (section 4). No opinion. Motion granted.

---

KEVE v. COLUMBIA KID MFG. CO. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Max Keve against the Columbia Kid Manufacturing Company. No opinion. Motion denied. Order filed. See, also, 143 N. Y. Supp. 1125.

---

KILSHEIMER v. KENDAL et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by James B. Kilsheimer, Jr., against Louis Kendal and others.

PER CURIAM. Motion for reargument of motion for stay granted, and motion set down for hearing on the first day of the December term. Motion to dismiss appeal granted as to George W. Herbert, and reserved as to Caroline S. Stetler until the first day of the December term, when it is ordered to be heard with the appeal. See, also, 143 N. Y. Supp. 1125, 144 N. Y. Supp. 1123.

---

KILSHEIMER v. KENDAL et al. Appeal of STETLER. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by James B. Kilsheimer, Jr., against Louis Kendal and others. No opinion. Order affirmed, with $10 costs and disbursements, and stay of proceedings vacated. See, also, 144 N. Y. Supp. 1123.

---

KING et al., Appellants, v. KAY et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Charles King and another against Clarence Kay and others. No opinion. Motion denied, on condition that the appellants perfect their appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

---

KLANG, Respondent, v. BEITLER, Appellant et al. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Philip Klang against Meyer Beitler, impleaded with others. I. Schmal, of New York City,

for appellant. H. Pearlman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer, upon payment of costs in this court and in the court below. Order filed.

---

KLEIN et al., Respondents, v. DAVID et al., Appellants. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Edward Klein and others against Emanuel David and others. A. G. Meyer, of New York City, for appellants. J. Canter, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 156 App. Div. 893, 141 N. Y. Supp. 399.

---

KLEIN, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Peter J. Klein against Harry Miller. No opinion. Motion to dismiss appeal denied, on condition that plaintiff perfect his appeal, place the case on the calendar for the December term, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

KLEIN v. UTZ. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Peter Klein against Emma Utz. No opinion. Application denied, with $10 costs. Order signed. See, also, 143 N. Y. Supp. 1099.

---

KLINE, Respondent, v. NEW JERSEY & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Walter F. Kline against the New Jersey & New York Railroad Company. W. C. Cannon, of New York City, for appellant. W. C. Beecher, of New York City, for respondent. No opinion. Judgment and order reversed, and a new trial ordered, with costs to appellant to abide event, upon the ground that there is no evidence to sustain a finding of the defendant's negligence or of the plaintiff's freedom from contributory negligence. Settle order on notice.

---

KNAPP, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Alois Knapp against William M. Barrett, as president, etc. E. C. Sherwood, of New York City, for appellant. T. G. Prioleau, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT and DOWLING, JJ., dissent.

---

KOEHLER, Respondent, v. VILLAGE OF ALBION, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) Action by Belle Koehler against the Village of Albion. No opinion. Judgment and order affirmed, with costs.